

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

Re: <u>*United States v. Robert Pruden and Steven Sylvester*, 21 Cr. 358 (VSB)</u>

Dear Judge Broderick:

    The Government understands that the Court intends to schedule an arraignment in this matter on June 17, 2021, at 9:00 a.m., which will allow sufficient time to arrange a remote proceeding with the defendants, both of whom are detained. The Government respectfully requests that time be excluded under the Speedy Trial Act between June 3, 2021, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

by: _/s/ Elizabeth A. Espinosa_
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/8/2021

Arraignment is scheduled in this matter on June 17, 2021 at 9:00 a.m. for defendant Pruden and at 12 p.m. for defendant Sylvester. The parties shall dial into 888-363-4749 and use access code 2682448 for the conference. Members of the press and public may dial into conference but must remain muted. For the reasons stated in the government's request, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 8, 2021 and June 17, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.