

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2021

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

Re:   *United States v. Robert Pruden and Steven Sylvester*, 21 Cr. 358 (VSB)

Dear Judge Broderick:

The Government writes with the consent of defense counsel to request that the conference in the above-captioned matter currently scheduled for August 18, 2021, be adjourned for approximately 90 days. The adjournment will allow the Government to confirm that all discovery has been produced, give defense counsel to review discovery and decide what, if any, motions should be made, and for the parties to engage in discussions of any potential pretrial resolution.

The Government respectfully requests that time be excluded under the Speedy Trial Act between August 18, 2021, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with counsel for each defendant, who do not object to the exclusion of time.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/17/2021

The status conference scheduled for August 18, 2021 is hereby adjourned to September 22, 2021 at 9:00 a.m. The adjournment will allow the Government to confirm that all discovery has been produced, give defense counsel time to review discovery and decide what, if any, motions should be made, and for the parties to engage in discussions of any potential pretrial resolution. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 18, 2021 and September 22, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.