**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                          Telephone 212-349-0230

**By Email & ECF**

September 17, 2020

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  01/18/22
>
> The status conference scheduled for January 28, 2022 is hereby adjourned to March 29, 2022 at 10:30 a.m.  The adjournment is necessary to permit the parties to complete their discussions related to a pretrial disposition of this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between January 28, 2022 and March 29, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **U.S. v. Pruden and Sylvester**
    21 Cr. 358 (VSB)

Dear Judge Broderick:

    This letter is respectfully submitted to request an adjournment of the conference currently scheduled for January 28, 2022.   We respectfully request an adjournment of approximately 60 days to a date convenient to Your Honor.

    On behalf of Steven Sylvester, we have been conducting an investigation into his background in an effort to obtain a more favorable pretrial disposition.   Such an investigation is always time consuming especially when, as here, it involves obtaining information from multiple locations.   The pandemic and the difficulties at the MDC have made this investigation particularly difficult.   It is my hope and expectation that if we are granted this additional time that we will be able to make significant progress towards resolving this matter prior to our next conference.

    I have been advised that both Mr. Flood, on behalf of Mr. Pruden, and AUSA Elizabeth Rodriguez, on behalf of the Government, consent to this adjournment.   On behalf of both Mr. Pruden and Mr. Sylvester we consent to the exclusion of time until the next date set by Your Honor.

                                     Respectfully submitted,

                                     /s/Andrew Patel
                                   Andrew G. Patel

cc:   All counsel by email and ECF